UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM EDWARD ROGERS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PROGRESSIVE INSURANCE, et al.,<br><br>　　　　Defendants. | No.  2:23-cv-0532 DJC DB PS<br><br><br>ORDER |

　　　　Plaintiff is proceeding in this action pro se.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

　　　　On November 27, 2023, the Magistrate Judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days after service of the findings and recommendations.  Plaintiff has filed objections to the findings and recommendations.

　　　　The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.

////

////

////

1       Accordingly, IT IS HEREBY ORDERED that:

2           1.  The findings and recommendations filed November 27, 2023 (ECF No. 15) are adopted in full;

3           2.  Plaintiff's November 9, 2023 fourth amended complaint (ECF No. 13) is dismissed without further leave to amend;

4           3.  Plaintiff's March 21, 2023 application to proceed in forma pauperis (ECF No. 2) is denied; and

5           4.  The Clerk of the Court is directed to close this case.

       IT IS SO ORDERED.

Dated:   **March 29, 2024**

*Daniel J. Calabretta*
Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

/rogers0532.jo